Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

United States District Court
Central District of California

| UNITED STATES OF AMERICA vs | Docket No | EDCR 02-89-RT |
|---|---|---|

| Defendant | ARTURO CABRERA OROSCO T/N | Social Security No. | 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 |
|---|---|---|---|
| akas | See Presentence Report | | |
| Residence Address | Metropolitan Detention Center 535 N Alameda Street Los Angeles, Calif 90012 | Mailing Address | |

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person

| MONTH | DAY | YEAR |
|---|---|---|
| 03 | 16 | 04 |

**COUNSEL** ☑ WITH COUNSEL    Richard Nahigian, Retained
(Name of Counsel)

**PLEA** ☑ GUILTY, and the court being satisfied that there is a factual basis for the plea    ☐ NOLO CONTENDERE    ☐ NOT GUILTY

**FINDING** There being a finding/verdict of ☑ GUILTY, defendant has been convicted as charged of the offense(s) of
21 USC 846, 841(a)(1), 18 USC 2 Conspiracy to Aid the Manufacture of Methamphetamine (Count 1)

**JUDGMENT AND PROB/ COMM ORDER** The Court asked whether defendant had anything to say why judgment should not be pronounced Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 135 months

Upon release from imprisonment the defendant shall be placed on supervised release for a term of five years under the following terms and conditions

1   The defendant shall comply with the standard conditions that have been adopted by this Court,

2   The defendant shall comply with the rules and regulations of the Bureau of Immigration and Customs Enforcement (BICE), and if deported from this country, either voluntarily or involuntarily, not reenter the United States illegally   The defendant is not required to report to the Probation Office while residing outside of the United States, however, within 72 hours of release from any custody or any reentry to the United States during the period of Court-ordered supervision, the defendant shall report for instructions to the United States Probation Office, located at

| | | | |
|---|---|---|---|
| USA vs | ARTURO CABRERA OROSCO | Docket No | EDCR 02-89-RT |

United States District Court
3470 12th Street, Room 161
Riverside, CA 92501

3 The defendant shall not obtain or possess any driver's license, Social Security number, birth certificate, passport or any other form of identification in any name, other than the defendant's true legal name, without the prior written approval of the Probation Officer, further, the defendant shall not use, for any purpose or in any manner, any name other than his true legal name

The drug testing condition mandated by statute is suspended based on the Court's determination that the defendant poses no risk of future substance abuse

**IT IS ORDERED** that the Probation Officer shall provide the Defendant with a written statement that sets forth all the conditions to which the term of Supervised Release is subject, pursuant to 18 USC 3583(f)

**IT IS ORDERED** that the Presentence Report, and Probation Officer's Letter of Recommendation thereto be placed UNDER SEAL

**IT IS ORDERED** that the defendant shall pay to the United States a special assessment of $100, which is due immediately and payable not later than 3-19-04

Pursuant to Section 5E1 2(e) of the Guidelines, all fines are waived as it is found that the defendant does not have the ability to pay a fine

Government's motion to Dismiss Count 2 of the indictment as to defendant Arturo Cabrera Orosco is GRANTED

**COURT RECOMMENDS** that the Bureau of Prisons designate a Federal custodial institution in Southern California as defendant's place of incarceration

Defendant is advised of his right to Appeal

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed   The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period

☐ This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center

| | |
|---|---|
| USA vs ARTURO CABRERA OROSCO | Docket No   EDCR 02-89-RT |

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U S Marshal or other qualified officer

3/17/04
Date

Robert J Timlin
ROBERT J TIMLIN
U S District Judge

Sherri R Carter, Clerk of Court

By   L Pulliam
Deputy Clerk

3/18/04
Filed Date

| USA vs | ARTURO CABRERA OROSCO | Docket No | EDCR 02-89-RT |
|---|---|---|---|

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment

1. The defendant shall not commit another Federal, state or local crime,
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer,
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month,
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer,
5. the defendant shall support his or her dependants and meet other family responsibilities,
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons,
7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment,
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician,
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered,
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer,
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer,
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer,
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court,
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement,
15. the defendant shall not possess a firearm or other dangerous weapon,
16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours

These conditions are in addition to any other conditions imposed by this judgment

## RETURN

I have executed the within Judgment and Commitment as follows

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____

the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment

United States Marshal

By _____

_____
Date                    Deputy Marshal

| USA vs | ARTURO CABRERA OROSCO | Docket No | EDCR 02-89-RT |
|---|---|---|---|

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody

Clerk, U S District Court

*3/18/04*
Filed Date

By   L Pulliam
Deputy Clerk

# NOTICE PARTY SERVICE LIST

**Case No.** EDCR02-89-RT      **Case Title** USA VS ARTURO CABRERA OROSCO

**Title of Document** JUDGMENT AND PROBATION/COMMITMENT ORDER

|   | |
|---|---|
|   | Atty Sttlmnt Officer |
|   | BAP (Bankruptcy Appellate Panel) |
|   | Beck, Michael J (Clerk, MDL Panel) |
|   | BOP (Bureau of Prisons) |
|   | Calderon, Arthur - Warden, San Quentin |
|   | CAAG (California Attorney General's Office - Keith H Borjon, L A Death Penalty Coordinator) |
|   | CA St Pub Defender (Calif State PD) |
|   | Case Asgmt Admin (Case Assignment Administrator) |
|   | Catterson, Cathy (9th Circuit Court of Appeal) |
|   | Chief Deputy Adm |
|   | Chief Deputy Ops |
|   | Clerk of Court |
|   | Death Penalty H/C (Law Clerks) |
|   | Dep In Chg E Div |
|   | Dep In Chg So Div |
| ✗ | Fiscal Section |
|   | Intake Supervisor |
|   | Interpreter Section |
|   | PIA Clerk - Los Angeles (PIALA) |
|   | PIA Clerk - Santa Ana (PIASA) |
|   | PIA Clerk - Riverside (PIAED) |
|   | PSA - Los Angeles (PSALA) |
|   | PSA - Santa Ana (PSASA) |
| ✗ | PSA - Riverside (PSAED) |
|   | Schnack, Randall (CJA Supervising Attorney) |
|   | Statistics Clerk |
|   | Stratton, Maria - Federal Public Defender |

|   | |
|---|---|
|   | US Attorneys Office - Civil Division -L A |
|   | US Attorneys Office - Civil Division - S A |
| ✗ | US Attorneys Office - Criminal Division -L A |
|   | US Attorneys Office - Criminal Division -S A |
|   | US Bankruptcy Court |
|   | US Marshal Service - Los Angeles |
|   | US Marshal Service - Santa Ana |
| ✗ | US Marshal Service - Riverside |
| ✗ | US Probation Office |
|   | US Trustee's Office |

**ADD NEW NOTICE PARTY**
(if sending by fax, mailing address must also be provided)

Name

Address

*E-mail

*Fax No

* For CIVIL cases only

**JUDGE / MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk _____